# In the United States District Court
# For the Southern District of Georgia
# Waycross Division

| | |
|---|---|
| CALVIN SMITH, | * |
| Plaintiff, | *   CIVIL ACTION NO.: 5:20-cv-66 |
| v. | * |
| GEORGIA DEPARTMENT OF CORRECTIONS, et al., | * |
| Defendants. | * |

### O R D E R

This matter is before the Court on Plaintiff's Objections to the Magistrate Judge's June 29, 2021 Report and Recommendation. Dkt. No. 23. In his Report, the Magistrate Judge recommended dismissal of Plaintiff's Amended Complaint due to a failure to state a claim and failure to follow the Court's February 23, 2021 Order. Dkt. No. 21.

On February 23, 2021, the Court ordered Plaintiff to file an Amended Complaint because of deficiencies in Plaintiff's original Complaint. Dkt. No. 17. Namely, Plaintiff did not fill out the required forms on the Court-approved civil rights complaint form or provide sufficient factual information for the Court to determine whether Plaintiff had any plausible legal claim. Id. at 2-3; Dkt. No. 1. The Court directed Plaintiff to describe each alleged violation of his constitutional rights and

AO 72A
(Rev. 8/82)

identify each Defendant responsible in his Amended Complaint. Dkt. No. 17 at 5. Plaintiff submitted an Amended Complaint on March 11, 2021. Dkt. No. 18. However, Plaintiff did not describe how any of the Defendants listed violated his constitutional rights. Id. Additionally, Plaintiff made misrepresentations to the Court by not describing his litigation history whatsoever in the relevant fields. Id. at 13-14. In his Objections, Plaintiff merely summarizes his claims once again without rectifying these issues. Dkt. No. 23. Thus, the Magistrate Judge did not err in recommending dismissal of Plaintiff's Amended Complaint.

After an independent and de novo review of the entire record, the Court **CONCURS** with the Magistrate Judge's June 29, 2021 Report and Recommendation, **ADOPTS** the Report and Recommendation as the opinion of the Court, and **OVERRULES** Plaintiff's Objections. The Court **DISMISSES without prejudice** Plaintiff's Complaint, **DIRECTS** the Clerk of Court to **CLOSE** this case and enter the appropriate judgment of dismissal, and **DENIES** Plaintiff leave to proceed in forma pauperis on appeal.

SO ORDERED, this ___9___ day of ___August___, 2021.

HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

2

AO 72A
(Rev. 8/82)